IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| ASHLEY DEWEY, | CV 17-32-M-JCL |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GEICO INDEMNITY COMPANY, and JOHN DOES 1-4, | |
| Defendants. | |

Pursuant to Defendant's unopposed motion to extend deadlines for expert disclosures, no objection being made by counsel for Plaintiff herein, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Court's Scheduling Order of June 12, 2017 (Doc. 31), shall be modified and extended as follows:

| | |
|---|---|
| Plaintiff's expert disclosure and Defendant's liability expert disclosure: | November 17, 2017 |
| Defendant's damage expert disclosure: | December 15, 2017 |

DATED this 20th day of September, 2017

Jeremiah C. Lynch
United States Magistrate Judge

-1-