IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ASHLEY DEWEY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GEICO INDEMNITY COMPANY, and JOHN DOES 1-4,<br><br>　　　　　Defendants. | CV 17-32-M-JCL<br><br>ORDER |

Defendant GEICO Indemnity Company filed an unopposed motion for an order appointing a United States Magistrate Judge to conduct a settlement conference in this matter. Therefore, IT IS HEREBY ORDERED that United States Magistrate Judge John Johnston is appointed to conduct a settlement conference. Arrangements for the conference will be made by Judge Johnston.

DATED this 20th day of September, 2017.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge

-1-