IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| ASHLEY DEWEY, | CV 17-32-M-JCL |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GEICO INDEMNITY COMPANY, and JOHN DOES 1-4, | |
| Defendants. | |

Upon stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the above matter be dismissed with prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

DATED this 14th day of November, 2017.

                                                    Jeremiah C. Lynch
                                                    United States Magistrate Judge